**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                          CASE NO. 07-30338-PNS3
                                                CHAPTER 13
GEORGE E. PARKER
SHIRLEY FAYE CARDEN PARKER

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
<u>**OF UNCLAIMED FUNDS**</u>

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

   1.   The Trustee has issued check(s) FOR: CITIBANK (SOUTH DAKOTA) N.A. which remains outstanding and uncleared.

   2.   The Trustee has placed a Stop Payment Order with the bank on the check(s).

   3.   The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

   **WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 386862 in the amount of 20.38 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

| | |
|---|---|
| GEORGE E. PARKER | CITIBANK (SOUTH DAKOTA) N.A. |
| SHIRLEY FAYE CARDEN PARKER | DBA: THE HOME DEPOT |
| 320 LENOX PKWY | P.O. BOX 9025 |
| PENSACOLA, FL 32505 | DES MOINES, IA 50368 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF CHAPTER 13 TRUSTEE

2/26/2010  1:57 pm / CR_213