UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                    CASE NO. 07-30338-PNS3
                                          CHAPTER 13
GEORGE E. PARKER
SHIRLEY FAYE CARDEN PARKER

         Debtor(s)         /

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CITIBANK (SOUTH DAKOTA) N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 410389 in the amount of 17.48 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
                                 OFFICE OF THE CHAPTER 13 TRUSTEE
                                 POST OFFICE BOX 646
                                 TALLAHASSEE, FL 32302
                                 ldhecf@earthlink.net
                                 (850) 681-2734 "Telephone"
                                 (850) 681-3920 "Facsimile"
```

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| GEORGE E. PARKER | CITIBANK (SOUTH DAKOTA) N.A. |
| SHIRLEY FAYE CARDEN PARKER | DBA: THE HOME DEPOT |
| P.O.BOX 75 | P.O. BOX 9025 |
| ST. MARYS, KS 66536 | DES MOINES, IA 50368 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
3/31/2011 12:17 pm / CR_213      OFFICE OF CHAPTER 13 TRUSTEE
```