**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE:                                    CASE NO. 07-30338-PNS3
                                          CHAPTER 13
GEORGE E. PARKER
SHIRLEY FAYE CARDEN PARKER

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.   The Trustee has issued check(s) FOR: CITIBANK (SOUTH DAKOTA) N.A. which remains outstanding and uncleared.

2.   The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.   The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 417449 in the amount of 30.92 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

GEORGE E. PARKER                    CITIBANK (SOUTH DAKOTA) N.A.
SHIRLEY FAYE CARDEN PARKER    DBA: THE HOME DEPOT
4051 BARRANCAS AVE., SUITE    P.O. BOX 9025
G, BOX 222                                  DES MOINES, IA 50368
PENSACOLA,  FL  32507

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
7/28/2011  2:27 pm / CR_213          OFFICE OF CHAPTER 13 TRUSTEE