UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                      CASE NO. 07-30338-PNS3
                                            CHAPTER 13
GEORGE E. PARKER
SHIRLEY FAYE CARDEN PARKER

             Debtor(s)         /

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW,** LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CITIBANK (SOUTH DAKOTA) N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 421079 in the amount of 31.92 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
        OFFICE OF THE CHAPTER 13 TRUSTEE
        POST OFFICE BOX 646
        TALLAHASSEE, FL 32302
        ldhecf@earthlink.net
        (850) 681-2734 "Telephone"
        (850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| GEORGE E. PARKER<br>SHIRLEY FAYE CARDEN PARKER<br>4051 BARRANCAS AVE., SUITE G, BOX 222<br>PENSACOLA, FL 32507 | CITIBANK (SOUTH DAKOTA) N.A.<br>DBA: THE HOME DEPOT<br>P.O. BOX 9025<br>DES MOINES, IA 50368 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
9/29/2011  1:55 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE